■ THOMAS M. CAPRILLA et al., Respondents, v SODUS COLD STORAGE COMPANY, Appellant.—Order unanimously affirmed, with costs, for reasons stated at Supreme Court, Galloway, J. (Appeal from order of Supreme Court, Monroe County, Galloway, J.—partial summary judgment.) Present—Callahan, J. P., Doerr, Denman, Pine and Balio, JJ.

■ CECELIA RANDAZZO, Respondent, v TEJBIR SING OBEROI, Appellant.—Order unanimously affirmed, with costs, for reasons stated at Special Term, Gossel, J. Memorandum: We add only that the agreement between the parties herein differs substantially from that involved in *Zupan v Firestone* (91 AD2d 561, *affd* 59 NY2d 709) relied on by defendant. Nothing in the agreement between plaintiff and defendant could be construed as a waiver by plaintiff of a right to pursue a remedy at law. (Appeal from order of Supreme Court, Erie County, Gossel, J.—dismiss complaint.) Present—Callahan, J. P., Doerr, Denman, Pine and Balio, JJ.